CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Acting Chief, Civil Division
ROMAN A. SWOOPES (CABN 274167)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5084
FAX: (408) 535-5081
Roman.Swoopes@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER BYRNE,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL SECURITY, AGENCY, UNITED STATES DEPARTMENT OF DEFENSE,<br><br>        Defendants. | CASE NO. 20-cv-8433-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Charles R. Breyer |

Plaintiff Peter Byrne ("Plaintiff") and Defendants National Security Agency and United States Department of Defense ("Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the Court's most recent scheduling order (Dkt. No. 85) set the following deadlines:

| Event | Current Deadline |
|---|---|
| Defendants' Opening Summary Judgment Brief | 1/30/2026 |
| Plaintiff's Opposition and Rule 56 cross-motion for summary judgment | 3/13/2026 |
| Defendants' combined reply and opposition to Plaintiff's cross-motion | 4/15/2026 |
| Plaintiff's deadline to file reply in support of cross-motion, if filed | 4/29/2026 |
| Hearing on Rule 56 summary judgment motion(s) | 5/29/2026 |

WHEREAS, on December 1, 2025, the Court adjusted the briefing schedule in this case to account for the 43-day federal government shutdown;

WHEREAS, on January 15, 2026, U.S. Indo-Pacific Command voluntarily released non-exempt portions of two documents that had recently been declassified and were responsive to Plaintiff's Freedom of Information Act (FOIA) requests in this matter;

WHEREAS, on January 20, 2026, the undersigned Assistant U.S. Attorney gained access for the first time to classified information at issue in this FOIA case;

WHEREAS, after the Court issued an initial scheduling Order (Dkt. No. 36), there have been five requests for modifications of time in this case (Dkt. Nos. 38, 41, 84, 86, 90);

WHEREAS, counsel for the Parties met and conferred and agree that a modest, additional scheduling extension is appropriate under these circumstances;

WHEREAS, the parties do not expect that any further extensions of time will be necessary;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that, subject to the Court's approval, the following deadlines will apply, subject to a further request for modification or further order by the Court:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Defendants' Opening Summary Judgment Brief | 1/30/2026 | 2/13/2026 |
| Plaintiff's Opposition and Rule 56 cross-motion for summary judgment | 3/13/2026 | 3/27/2026 |
| Defendants' combined reply and opposition to Plaintiff's cross-motion | 4/15/2026 | 4/29/2026 |
| Plaintiff's deadline to file reply in support of cross-motion, if filed | 4/29/2026 | 5/13/2026 |
| Hearing on Rule 56 summary judgment motion(s) | 5/29/2026 | 6/12/2026 or at the Court's convenience |

//

//

//

//

//

//

DATED: January 23, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Roman A. Swoopes*
ROMAN A. SWOOPES[1]
Assistant United States Attorney
*Attorneys for Defendants*

DATED: January 23, 2026

*/s/ Thomas R. Burke*
THOMAS R. BURKE
Davis Wright Tremaine, LLP
*Attorneys for Plaintiff*

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED:   January 26, 2026

HON. CHARLES R. BREYER
United States District Judge

---

[1] In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed here concur in this filing.

STIPULATION RE: BRIEFING SCHEDULE FOR SUMMARY JUDGMENT
CASE NO. 20-cv-8433-CRB                3