THOMAS R. BURKE (State Bar No. 141930)
MEGAN C. AMARIS (State Bar No. 336283)
MONICA GIBBONS (State Bar No. 348888)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California  94117
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:  thomasburke@dwt.com
        meganamaris@dwt.com
        monicagibbons@dwt.com

Attorneys for Plaintiff
PETER BYRNE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PETER BYRNE,

                    Plaintiff,

        v.

NATIONAL SECURITY AGENCY; U.S.
DEPARTMENT OF DEFENSE,

                    Defendants.

Case No. 3:20-cv-08433-CRB

**JOINT STIPULATION AND [PROPOSED]
ORDER ENLARGING TIME FOR
PLAINTIFF PETER BYRNE TO MOVE
FOR ATTORNEYS' FEES AND COSTS**

Hon. Charles R. Breyer

DAVIS WRIGHT TREMAINE LLP

JOINT STIPULATION AND [PROPOSED] ORDER
Case No. 3:20-cv-08433-CRB

**<u>STIPULATION</u>**

Pursuant to Civil Local Rule 6-2, Plaintiff Peter Byrne ("Plaintiff") and Defendants National Security Agency and United States Department of Defense ("Defendants," together, "the Parties"), by and through the undersigned counsel, hereby stipulate to the following:

- Plaintiff plans to move for attorneys' fees and costs under 5 U.S.C. § 552(a)(4)(E)(i) but needs additional time due to potential appeal of the Court's June 4, 2026 Order;

- Plaintiff's deadline to move for attorneys' fees and costs is enlarged from June 22, 2026 to August 21, 2026;

- Defendants do not agree that Plaintiff is eligible for or entitled to fees or costs and plan to oppose Plaintiff's motion; and

- The enlargement will not affect the case schedule because judgment has been entered.

It is hereby stipulated by and between the Parties, by and through the undersigned counsel, that the deadline for Plaintiff to move for attorneys' fees and costs is enlarged from June 22, 2026 to August 21, 2026.

IT IS SO STIPULATED.

DATED:  June 16, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Roman A. Swoopes*
ROMAN A. SWOOPES
Assistant United States Attorney
Attorney for Defendants

DATED: June 16, 2026

DAVIS WRIGHT TREMAINE
THOMAS R. BURKE
MEGAN C. AMARIS
MONICA E. GIBBONS

*/s/ Thomas R. Burke*
THOMAS R. BURKE
Attorneys for Plaintiff Peter Byrne

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests that each signatory has concurred in the filing of this document.*

1

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
Case No. 3:20-cv-08433-CRB

DAVIS WRIGHT TREMAINE LLP

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, the deadline for Plaintiff Peter Byrne to move for attorneys' fees and costs is enlarged from June 22, 2026 to August 21, 2026.

IT IS SO ORDERED.

Dated:  June 17, 2026

_____
THE HONORABLE CHARLES R. BREYER
United States District Judge

DAVIS WRIGHT TREMAINE LLP

2

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
Case No. 3:20-cv-08433-CRB