THOMAS R. BURKE (State Bar No. 141930)
THAILA K. SUNDARESAN (State Bar No. 262860)
MEGAN C. AMARIS (State Bar No. 336283)
MONICA GIBBONS (State Bar No. 348888)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94117
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com
meganamaris@dwt.com
monicagibbons@dwt.com

Attorneys for Plaintiff
PETER BYRNE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER BYRNE,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SECURITY AGENCY; U.S. DEPARTMENT OF DEFENSE,<br><br>Defendants. | Case No. 3:20-cv-08433-CRB<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER ENLARGING TIME FOR PLAINTIFF PETER BYRNE TO MOVE FOR ATTORNEYS' FEES AND COSTS**<br><br>Hon. Charles R. Breyer |

DAVIS WRIGHT TREMAINE LLP

DAVIS WRIGHT TREMAINE LLP

**STIPULATION**

Pursuant to Civil Local Rule 6-2, Plaintiff Peter Byrne ("Plaintiff") and Defendants National Security Agency and United States Department of Defense ("Defendants," together, "the Parties"), by and through the undersigned counsel, hereby stipulate to the following:

- Plaintiff plans to move for attorneys' fees and costs under 5 U.S.C. § 552(a)(4)(E)(i);
- Defendants do not agree that Plaintiff is eligible for or entitled to fees or costs and plan to oppose Plaintiff's motion;
- Pursuant to a prior stipulation and order, Plaintiff's current deadline to move for attorneys' fees and costs is August 21, 2026, Dkt. No. 107;
- On August 3, 2026, Plaintiff filed a notice of appeal, Dkt. No. 109; and
- The parties agree that judicial economy will be served by not having this Court determine Plaintiff's eligibility for or entitlement to attorneys' fees and costs until after Plaintiff's appeal is resolved.

It is hereby stipulated by and between the Parties, by and through the undersigned counsel, that the deadline for Plaintiff to move for attorneys' fees and costs in this Court is enlarged from August 21, 2026 to 30 days after the issuance of the Ninth Circuit's mandate.

IT IS SO STIPULATED.

DATED: August 4, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Roman A. Swoopes*
ROMAN A. SWOOPES
Assistant United States Attorney
Attorney for Defendants

DATED: August 4, 2026

DAVIS WRIGHT TREMAINE
THOMAS R. BURKE
THAILA K. SUNDARESAN
MEGAN C. AMARIS
MONICA E. GIBBONS

*/s/ Thomas R. Burke*
THOMAS R. BURKE
Attorneys for Plaintiff Peter Byrne

**In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests that each signatory has concurred in the filing of this document.*

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, the deadline for Plaintiff Peter Byrne to move for attorneys' fees and costs is enlarged from August 21, 2026 to 30 days after the issuance of the Ninth Circuit's mandate.

IT IS SO ORDERED.

Dated: August 13, 2026



THE HONORABLE CHARLES R. BREYER
United States District Judge

DAVIS WRIGHT TREMAINE LLP